No. 5661.—CRUZ, aplda., *v.* FRANCO, aplte.—C. D. Bayamón. ██ Marzo 9, 1932.

A la anterior moción para que se dicte sentencia por transacción, visto lo resuelto en *Medina* v. *Sucn. Rivera*, 42 D.P.R. 330, *no ha lugar*.

No. 5650.—COTO, aplte., *v.* PABÓN, apldo.—C. D. Mayagüez. ██ Marzo 24, 1932.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, los únicos señalamientos de error son los siguientes:

"Primer error: La Hon. Corte de Distrito cometió manifiesto error al considerar las pruebas presentadas y dictar sentencia declarando sin lugar la demanda en todas sus partes.

"Segundo error: La Hon. Corte de Distrito cometió error al condenar a la demandante al pago de las costas."

POR CUANTO, si bien no encontramos que la corte inferior haya cometido error manifiesto alguno en la apreciación de la prueba, ni haya abusado de su discreción al imponer al demandante el pago de las costas, sin embargo, creemos que del último pronunciamiento deben ser excluídos los honorarios de abogado:

POR TANTO, se modifica la sentencia apelada que dictó la Corte de Distrito de Mayagüez en marzo 8, 1929, en la parte referente a las costas para que lea como sigue: "y condenando además a la demandante a satisfacer al demandado las costas del pleito, pero no los honorarios de abogado, los cuales quedan por la presente expresamente excluídos de dichas costas", y así modificada se confirma dicha sentencia.

No. 5258.—SUCRS. DE L. VILLAMIL & Co., aplte., *v.* CHABERT ET ALS., apldos.—C. D. San Juan. Marzo 24, 1932.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista esta apelación y siendo los hechos de este caso y las cuestiones legales envueltas en él iguales al pleito No. 4989 de *Morales* v. *Chabert* y otros, 43 D.P.R. 119, por los fundamentos del mismo y los del caso de *Municipio de Fajardo* v. *Axtmayer* et al, 31 D.P.R. 823, debemos *confirmar* y *confirmamos* la sentencia apelada que dictó la Corte de Distrito de San Juan en enero 22, 1930, en el caso de epígrafe.